UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BARBARA BENNETT, | ) | Case No. 1:09-CV-05590-LTS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff BARBARA BENNETT, by and through attorneys, KURZ & FORTAS, LLC, in the above-styles matter, and hereby voluntarily dismisses **WITH** prejudice the above-styles case and requests the Clerk of the Court to enter on the records of the Court that such Complaint has been settled and DISMISSED WITH PREJUDICE.

This __19th___ day of __August____, 2009.

Respectfully submitted,

_____
Dennis R. Kurz
NY Bar No. 4570453
*Kurz & Fortas, LLC*
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com